(October 26, 1970)

■ In the Matter of DAVID KUZMIER, an Attorney, Admitted to the Bar as DAVID X. KUZMIER, Respondent. SUFFOLK COUNTY BAR ASSOCIATION, Petitioner.—

Christ, P. J., Rabin, Hopkins, Munder and Martuscello, JJ., concur.